**RAINIER VIEW ASSOCIATES, et al.,
Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 86–3685.

United States Court of Appeals,
Ninth Circuit.

March 7, 1988.

Before WALLACE, ANDERSON, TANG, SCHROEDER, ALARCON, REINHARDT, BEEZER, BRUNETTI, NOONAN, THOMPSON and O'SCANNLAIN, Circuit Judges.

### ORDER

The order filed October 16, 1987, is vacated and this case is reassigned to the three-judge panel.

BRUNETTI, THOMPSON and O'SCANNLAIN, JJ., dissent.